```
FILED
June 8, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                         )<br>                     Plaintiff,          )<br>v.                                                    )<br>                                                         )<br>DAVID LEE WILLIAM NEWMAN,   )<br>                                                         )<br>                     Defendant.      ) | Case No. MAG. 09-0182-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVID LEE WILLIAM NEWMAN, Case No. MAG. 09-0182-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

    _X_   Unsecured Appearance Bond

    ___   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   06/08/09   at  3:04 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge