```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  ELLEN V. ENDRIZZI
    Assistant U.S. Attorney
 3  United States Attorney's Office
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2716
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   ) No. 2:09-cr-277 EJG
                                )
12           Plaintiff,         )
                                )
13      v.                      ) STIPULATION AND ORDER RESETTING
                                ) STATUS CONFERENCE DATE
14  DAVID LEE WILLIAM NEWMAN,   )
                                )
15           Defendant.         )
                                )
16
```

17      The defendant, David Lee William Newman, seeks an order
18 resetting the status conference currently set for September 18,
19 2009, at 10:00 a.m., to November 6, 2009, at 10:00 a.m.  He also
20 requests, for purposes of the Speedy Trial Act and pursuant to Title
21 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T4,
22 that time be excluded through and including November 6, 2009, for
23 attorney preparation and continuity of counsel.  The United States
24 joins in the requests.
25      Taking into consideration the public interest in the prompt
26 disposition of criminal cases, the parties believe that good cause
27 exists for the exclusion of time.  The forensic analysis of the
28 seized electronic evidence continues, and the parties await a report

from the National Center for Missing and Exploited Children. Additionally, counsel for the defendant will be in Hawaii for two weeks at the end of October.

The parties respectfully request that the Court issue an order granting this continuance and exclusion of time.

DATED: September 16, 2009

                                        Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        United States Attorney

                       By:  /s/ Ellen V. Endrizzi

                                        ELLEN V. ENDRIZZI
                                        Assistant U.S. Attorney


                                        LAW OFFICE OF FRED DAWSON

                     By:  /s/ Ellen V. Endrizzi
                                        by telephonic authority for
                                        FRED DAWSON, ESQ.
                                        Attorney for Defendant


### **O R D E R**

Good cause having been shown, in case number 2:09-cr-277 the status conference is reset to November 6, 2009, at 10:00 a.m., and time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 from September 18, 2009 through and including November 6, 2009, for defense counsel preparation and continuity of counsel.

IT IS SO ORDERED.

Dated:  September 16, 2009

                                       /s/ Edward J. Garcia
                                    HONORABLE EDWARD J. GARCIA
                                    United States District Judge