1  LAWRENCE G. BROWN
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  United States Attorney's Office
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2716
5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     ) No. 2:09-cr-277 EJG
                                  )
12              Plaintiff,        )
                                  )
13       v.                       ) STIPULATION AND ORDER RESETTING
                                  ) STATUS CONFERENCE DATE
14  DAVID LEE WILLIAM NEWMAN,     )
                                  )
15              Defendant.        )
                                  )
16

17      The defendant, David Lee William Newman, seeks an order

18  resetting the status conference currently set for November 6, 2009,

19  at 10:00 a.m., to December 18, 2009, at 10:00 a.m.  He also

20  requests, for purposes of the Speedy Trial Act and pursuant to Title

21  18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T4,

22  that time be excluded through and including December 18, 2009, for

23  attorney preparation and continuity of counsel.  The United States

24  joins in the requests.

25      Taking into consideration the public interest in the prompt

26  disposition of criminal cases, the parties believe that good cause

27  exists for the exclusion of time.  The forensic analysis of the

28  seized electronic evidence continues, and the parties await a report

                                    1

1  from the National Center for Missing and Exploited Children.

2  Additionally, counsel for the defendant will be in Hawaii for two

3  weeks at the end of October.

4      The parties respectfully request that the Court issue an order

5  granting this continuance and exclusion of time.

6  DATED: November 5, 2009

7                                      Respectfully submitted,

8                                      LAWRENCE G. BROWN
United States Attorney

9

10                           By:   /s/ Ellen V. Endrizzi

11                                     ELLEN V. ENDRIZZI
Assistant U.S. Attorney

12

13                                   LAW OFFICE OF FRED DAWSON

14                           By:   /s/ Ellen V. Endrizzi
by telephonic authority for
FRED DAWSON, ESQ.

15                                   Attorney for Defendant

16

17                             **O R D E R**

18      Good cause having been shown, in case number 2:09-cr-277 the

19  status conference is reset to December 18, 2009, at 10:00 a.m., and

20  time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local

21  Code T4 from November 6, 2009 through and including December 18,

22  2009, for defense counsel preparation and continuity of counsel.

23      IT IS SO ORDERED.

24  Dated:  November 5, 2009

25                             /s/ Edward J. Garcia

26                             HONORABLE EDWARD J. GARCIA
United States District Judge

27

28