```
 1  FRED N. DAWSON (SBN 43306)
    P.O. Box 400
 2  Fair Oaks, CA  95628
 3  Telephone: (916) 498-1300

 4  Attorney for Defendant
    DAVID NEWMAN
 5
```

6                IN THE UNITED STATES DISTRICT COURT

7                     EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9  UNITED STATES OF AMERICA, | Case No. 2:09-CR-277 EJG |
| 10           Plaintiff, | STIPULATION AND ORDER |
| 11      vs. | CONTINUING STATUS CONFERENCE DATE |
| 12  DAVID NEWMAN, | |
| 13           Defendant. | |

14

15

16     The defendant, David Newman, by and through counsel Fred N.
17  Dawson and the government, by and through Assistant United States
18  Attorney Ellen Endrizzi, hereby stipulates and agree that the
19  status conference currently set for December 18, 2009, at 10:00
20  a.m., be continued to February 12, 2010, at 10:00 a.m.  It is
21  also stipulated and agreed pursuant to Title 18, United States
22  Code, Section 3161(h)(7)(B)iv) and Local Code T4, that time be
23  excluded through and including February 12, 2010, for attorney
24  preparation and continuity of counsel.
25     Taking into consideration the public interest in the prompt
26  disposition of criminal case, the parties believe that good cause
27  exists for the exclusion of time under the Speedy Trial Act.  The
28

forensic analysis of the seized electronic evidence continues, and the parties await a report from the National Center for Missing and Exploited Children.  Additionally, some materials seized pursuant to the search warrant have only been made available within the past week for review by defense counsel, and reports are still forthcoming regarding the forensic investigation being conducted.

 The parties respectfully request that the Court issue an order granting this continuance and exclusion of time.

DATED:   December 15, 2009       Respectfully submitted,

 By: _/s/ Fred N. Dawson_
     By e-mail and telephonic authority for
     ELLEN V. ENDRIZZI
     Assistant U.S. Attorney

 By: _/s/ Fred N. Dawson_
     FRED N. DAWSON
     Attorney for Defendant
     DAVID NEWMAN

**ORDER**

 Good cause appearing, in case number 2:09-CR-277 the status conference now set for December 18, 2009 is reset to February 12, 2010, at 10:00 a.m., and time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and Local Code T4, through and including February 12, 2010, for defense counsel preparation and continuity of counsel.

1   IT IS SO ORDERED.

2   DATED:   December 15, 2009          /s/ Edward J. Garcia
3                                       HONORABLE EDWARD J. GARCIA
                                        United States District Judge