```
FRED N. DAWSON (SBN 43306)
P.O. Box 400
Fair Oaks, CA  95628
Telephone: (916) 498-1300

Attorney for Defendant
DAVID NEWMAN
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:09-CR-277 EJG |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE |
| vs. | |
| DAVID NEWMAN, | |
| Defendant. | |

    The defendant, David Newman, by and through counsel Fred N. Dawson and the government, by and through Assistant United States Attorney Ellen Endrizzi, hereby stipulates and agree that the status conference currently set for February 12, 2010, at 10:00 a.m., be continued to March 19, 2010, at 10:00 a.m.  It is also stipulated and agreed pursuant to Title 18, United States Code, Section 3161(h)(7)(B)iv) and Local Code T4, that time be excluded through and including February 12, 2010, for attorney preparation and continuity of counsel.

    Taking into consideration the public interest in the prompt disposition of criminal case, the parties believe that good cause exists for the exclusion of time under the Speedy Trial Act.  The

1  forensic analysis of the seized electronic evidence has recently
2  been concluded and the National Center for Missing and Exploited
3  Children review has recently been concluded.  The parties are now
4  in the process of negotiating a plea agreement that will allow
5  resolution of this case without trial.
6       The parties respectfully request that the Court issue an
7  order granting this continuance and exclusion of time.

DATED:  February 11, 2010        Respectfully submitted,


                                 By:  _/s/ Fred N. Dawson_
                                      By telephonic authority for
                                      ELLEN V. ENDRIZZI
                                      Assistant U.S. Attorney


                                 By:  _/s/ Fred N. Dawson_
                                      FRED N. DAWSON
                                      Attorney for Defendant
                                      DAVID NEWMAN

**ORDER**

Good cause appearing, in case number 2:09-CR-277 the status conference now set for February 12, 2010 is reset to March 19, 2010, at 10:00 a.m., and time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and Local Code T4, through and including February 12, 2010, for defense counsel preparation and continuity of counsel.

IT IS SO ORDERED.

DATED:  February 11, 2010        /s/ Edward J. Garcia
                                 HONORABLE EDWARD J. GARCIA
                                 United States District Judge