```
1  FRED N. DAWSON (SBN 43306)
   P.O. Box 400
2  Fair Oaks, CA  95628
3  Telephone: (916) 498-1300
4  Attorney for Defendant
   DAVID NEWMAN
5
```



**FILED**

MAR 17 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:09-CR-277 EJG |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE |
| vs. | |
| DAVID NEWMAN, | |
| Defendant. | |



The parties, defendant David Newman, by and through counsel Fred N. Dawson and the government, by and through Assistant United States Attorney Ellen Endrizzi, hereby stipulate, agree and request that the status conference currently set for March 19, 2010, at 10:00 a.m., be continued to April 23, 2010, at 10:00 a.m.

The reasons for this continuance are that the parties are awaiting further information from the investigating agents to finalize language in the plea agreement.  Further, counsel for the government has been out of her office since March 3 due to medical issues and advises she will not be able to return until March 22, 2010 or later.

- 1 -

STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE DATE

1    It is also stipulated and agreed between the parties that,
pursuant to Title 18, United States Code, §3161(h)(7)(B)iv) and
Local Code T4, that time be excluded through and including April
23, 2010, for attorney preparation and continuity of counsel.
The parties believe that good cause exists for exclusion of time
render the Speedy Trial Act taking into account the public
interest in the prompt resolution of criminal cases.

The parties respectfully request that the Court issue an
order granting this continuance and exclusion of time.

DATED: March 17, 2010          Respectfully submitted,


                               By:   /s/ Fred N. Dawson
                                     By e-mail authority for
                                     ELLEN V. ENDRIZZI
                                     Assistant U.S. Attorney


                               By:   /s/ Fred N. Dawson
                                     FRED N. DAWSON
                                     Attorney for Defendant
                                     DAVID NEWMAN


**ORDER**

Good cause appearing, in case number 2:09-CR-277 the status conference now set for March 19, 2010 is reset to April 23, 2010, at 10:00 a.m., and time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and Local Code T4, through and including ~~February 12~~ April 23, 2010, for defense counsel preparation and continuity of counsel.

1 | IT IS SO ORDERED.

2 | DATED: March 17, 2010

_____
HONORABLE EDWARD J. GARCIA
United States District Judge

- 3 -

STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE DATE