DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DAVID LEE WILLIAM NEWMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       ) No. 09-277 EJG
                                )
              Plaintiff,        ) STIPULATION AND ORDER
                                )
     v.                         ) Date:  August 27, 2010
                                ) Time:  10:00 a.m.
DAVID LEE WILLIAM NEWMAN,       ) Judge: Hon. Edward J. Garcia
                                )
              Defendant.        )
_____)
```

    IT IS HEREBY STIPULATED by the parties, through counsel, Michelle A. Prince, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Newman, that the Court should vacate the status conference scheduled for August 27, 2010, at 10:00 a.m., and reset it on October 15, 2010, at 10:00 a.m.

    Counsel for the defense requires the continuance in order to review discovery and confer with Mr. Newman.

    It is further stipulated by the parties that the Court should exclude the period from the date of this order through October 15, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial

STIPULATION AND ORDER                1               09-277 EJG

Act.  The parties stipulate that the ends of justice served by granting Mr. Newman's request for a continuance outweigh the best interest of the public and Mr. Newman in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: August 20, 2010           Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ M.Petrik
                                 _____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender
                                 Attorneys for Defendant

Dated: August 20, 2010           BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ M.Petrik for Michelle A. Prince
                                 _____
                                 MICHELLE A. PRINCE
                                 Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on October 15, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: August 23, 2010

                                 /s/
                                 _____
                                 HON. EDWARD J. GARCIA
                                 United States District Judge

STIPULATION AND ORDER            2                              09-277 EJG