DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DAVID LEE WILLIAM NEWMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-277 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | Date: October 15, 2010 |
| | ) | Time: 10:00 a.m. |
| DAVID LEE WILLIAM NEWMAN, | ) | Judge: Hon. Edward J. Garcia |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through counsel, Michelle A. Prince, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Newman, that the Court should vacate the status conference scheduled for October 15, 2010, at 10:00 a.m., and reset it on November 5, 2010, at 10:00 a.m.

Counsel for the defense is not available on October 15, 2010, due to personal matters. In addition, counsel for the defense requires more time to review discovery and confer with Mr. Newman.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through November 5, 2010, when it computes the time within which the trial of the above

STIPULATION AND [PROPOSED ORDER]     1                              09-277 EJG

criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Newman's request for a continuance outweigh the best interest of the public and Mr. Newman in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: September 20, 2010          Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender
                                   Attorneys for Defendant

Dated: September 20, 2010          BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for Michelle A. Prince
                                   _____
                                   MICHELLE A. PRINCE
                                   Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on November 5, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: September 21, 2010          /s/ Edward J. Garcia
                                   _____
                                   HON. EDWARD J. GARCIA
                                   United States District Judge

STIPULATION AND [PROPOSED ORDER]        2                    09-277 EJG