DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DAVID LEE WILLIAM NEWMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 09-277 EJG |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JANUARY 28, 2011 |
| v. | ) ) | |
| DAVID LEE WILLIAM NEWMAN, | ) ) | Date: November 5, 2010 Time: 10:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Edward J. Garcia |

THE PARTIES STIPULATE, through counsel, Michelle A. Prince, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Newman, that the Court should vacate the status conference scheduled for November 5, 2010, at 10:00 a.m., and reset it on January 28, 2011, at 10:00 a.m.

This case requires expert forensic analysis of over a dozen computer hard drives. The parties believe that they require additional time to allow their respective experts to conduct the forensic analysis. Counsel for the defense also requires more time to review other discovery, and to confer with Mr. Newman.

/ / /

STIPULATION AND [PROPOSED ORDER]                    1                                      09-277 EJG

1  It is further stipulated by the parties that the Court should exclude the period from the date of this order through January 28, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Newman's request for a continuance outweigh the best interest of the public and Mr. Newman in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: November 2, 2010          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ M.Petrik
                                 _____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender

Dated: November 2, 2010          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ M.Petrik for Michelle A. Prince
                                 _____
                                 MICHELLE A. PRINCE
                                 Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on January 28, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED:__November 2, 2010_____     /s/ Edward J. Garcia_____
                                    HON. EDWARD J. GARCIA
                                    United States District Judge

STIPULATION AND [PROPOSED ORDER]          2                        09-277 EJG