```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   DAVID LEE WILLIAM NEWMAN
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 09-277 EJG |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MARCH 18, |
| v. | ) ) | 2011, AT 10:00 A.M. |
| DAVID LEE WILLIAM NEWMAN, | ) ) | Date: January 28, 2010 Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Edward J. Garcia |

THE PARTIES STIPULATE, through counsel, Michelle A. Prince, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Newman, that the Court should vacate the status conference scheduled for January 28, 2010, at 10:00 a.m., and reset it on March 18, 2011, at 10:00 a.m.

This case requires expert forensic analysis of over a dozen computer hard drives. The government has not completed its analysis; and, the defense requires the government's analysis to assess what further analysis it may need to perform. The parties thus require additional time to allow their respective experts to conduct the forensic analysis.

1  Counsel for the defense also requires more time to review other
2  discovery, and to confer with Mr. Newman.
3  It is further stipulated by the parties that the Court should
4  exclude the period from the date of this order through March 18, 2011,
5  when it computes the time within which the trial of the above criminal
6  prosecution must commence for purposes of the Speedy Trial Act.  The
7  parties stipulate that the ends of justice served by granting Mr.
8  Newman's request for a continuance outweigh the best interest of the
9  public and Mr. Newman in a speedy trial, and that this is an
10 appropriate exclusion of time for defense preparation within the
11 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: January 24, 2011            Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender


Dated: January 24, 2011            BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for Michelle A. Prince
                                   _____
                                   MICHELLE A. PRINCE
                                   Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on March 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

DATED:__January 25, 2011_____     /s/ Edward J. Garcia_____
                                     HON. EDWARD J. GARCIA
                                     United States District Judge

STIPULATION AND [PROPOSED ORDER]        3                          09-277 EJG