```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

FILED
MAR 2 2 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

Attorneys for Defendant
DAVID LEE WILLIAM NEWMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DAVID LEE WILLIAM NEWMAN,<br><br>            Defendant. | No. 09-277 EJG<br><br>STIPULATION AND [~~PROPOSED~~ ORDER]<br>TO CONTINUE STATUS CONFERENCE TO<br>APRIL 15, 2011, AT 10:00 A.M.<br><br>Date:  March 18, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

THE PARTIES STIPULATE, through counsel, Michelle A. Prince, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Newman, that the Court should vacate the status conference scheduled for March 18, 2011, at 10:00 a.m., and reset it on April 15, 2011, at 10:00 a.m.

This case requires expert forensic analysis of over a dozen computer hard drives. The government has not completed its analysis; and, the defense requires the government's analysis to assess what further analysis it may need to perform. The parties require additional time to allow their respective experts to conduct the forensic analysis.

STIPULATION AND [PROPOSED ORDER]                 1                              09-277 EJG

1       It is further stipulated by the parties that the Court should
2  exclude the period from the date of this order through April 15, 2011,
3  when it computes the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act. The
5  parties stipulate that the ends of justice served by granting Mr.
6  Newman's request for a continuance outweigh the best interest of the
7  public and Mr. Newman in a speedy trial, and that this is an
8  appropriate exclusion of time for defense preparation within the
9  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

10 Dated: March 11, 2011                  Respectfully submitted,

                                           DANIEL BRODERICK
                                           Federal Defender

                                           /s/ M.Petrik
                                           _____
                                           MICHAEL PETRIK, Jr.
                                           Assistant Federal Defender

   Dated: March 11, 2011                  BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ M.Petrik for Michelle A. Prince
                                           _____
                                           MICHELLE A. PRINCE
                                           Assistant U.S. Attorney

                                    **ORDER**

       **IT IS SO ORDERED.** The Court orders time excluded from the date of
   this order through the status conference on April 15, 2011, pursuant to
   18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

   DATED: 3/17/11                         _____
                                           HON. EDWARD J. GARCIA
                                           United States District Judge

STIPULATION AND [PROPOSED ORDER]        2                        09-277 EJG