DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DAVID LEE WILLIAM NEWMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-277 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE TO MAY 20, |
| v. ) | 2011, AT 10:00 A.M. |
| ) | |
| DAVID LEE WILLIAM NEWMAN, ) | Date: April 15, 2011 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

THE PARTIES STIPULATE, through counsel, Michelle A. Prince, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Newman, that the Court should vacate the status conference scheduled for April 15, 2011, at 10:00 a.m., and reset it on May 20, 2011, at 10:00 a.m.

This case has required expert forensic analysis of over a dozen computer hard drives. The government has completed its analysis; but, the defense requires more time to complete its analysis.

The parties further stipulate that the Court should exclude the period from the date of this order through May 20, 2011, when it computes the time within which the trial of the above criminal

STIPULATION AND [PROPOSED ORDER]     1     09-277 EJG

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting Mr.
3  Newman's request for a continuance outweigh the best interest of the
4  public and Mr. Newman in a speedy trial, and that this is an
5  appropriate exclusion of time for defense preparation within the
6  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: April 13, 2011                    Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender

                                         /s/ M.Petrik
                                         _____
                                         MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender


Dated: April 13, 2011                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ M.Petrik for Michelle A. Prince
                                         _____
                                         MICHELLE A. PRINCE
                                         Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on May 20, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).


DATED: April 14, 2011                    /s/ Edward J. Garcia
                                         HON. EDWARD J. GARCIA
                                         United States District Judge

STIPULATION AND [PROPOSED ORDER]            2                    09-277 EJG