1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   DAVID LEE WILLIAM NEWMAN

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )   No. 09-277 EJG
                                  )
11          Plaintiff,            )   STIPULATION AND ORDER FOR
                                  )   PROTECTIVE ORDER REGARDING
12     v.                         )   DEFENSE FORENSIC COMPUTER
                                  )   EXAMINATION
13 DAVID LEE WILLIAM NEWMAN,      )
                                  )
14          Defendant.            )
   _____ )

15

16      THE PARTIES STIPULATE, through respective counsel, Michelle

17 Prince, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Newman, that the Court should approve the proposed

19 protective order governing the defense expert's forensic

20 examination of the computer data in this case.

21      To advise the defendant adequately, the defense of this case

22 requires a further forensic evaluation by a knowledgeable expert of

23 the computer hard drives which the government alleges contain

24 images of child pornography.  The parties have agreed that the

25 attached proposed order should govern the defense examination

26

27

28

1  of the computer media and request that the Court approve the

2  attached proposed order.

3  Dated: May 27, 2011                    Respectfully submitted,

4                                         DANIEL J. BRODERICK
                                          Federal Defender
5

6                                         /s/ M.Petrik
                                          MICHAEL PETRIK, Jr.
7                                         Assistant Federal Defender
                                          Attorneys for Defendant
8

9  Dated: May 27, 2011                    BENJAMIN B. WAGNER
                                          United States Attorney
10

11                                        /s/ M.Petrik for
                                          MICHELLE PRINCE
12                                        Assistant U.S. Attorney
                                          Attorneys for Plaintiff
13

14                    **O R D E R**

15  IT IS SO ORDERED.

16  Dated:  June 7, 2011

17

18

19                                KENDALL J. NEWMAN

20                                UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DAVID LEE WILLIAM NEWMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-277 EJG |
| | ) | |
| Plaintiff, | ) | PROTECTIVE ORDER CONCERNING |
| | ) | DIGITAL MEDIA CONTAINING CHILD |
| v. | ) | PORNOGRAPHY |
| | ) | |
| DAVID LEE WILLIAM NEWMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

IT IS HEREBY ORDERED AS FOLLOWS:

1.   The Federal Bureau of Investigation agents shall make a duplicate copy of the hard drive and any other storage media available for defense analysis.

2.   The duplicate copies of the hard drive and storage media shall be made available for defense counsel, Michael Petrik, Jr., defense paralegal, Julie Denny, or another member of the defense team, and defendant's proposed expert, Marcus Lawson, or a colleague at the same employer, Global CompuSearch LLC, to review at the Sacramento High Tech Task Force offices in Sacramento, California, for the purpose of preparing for the defense of the above-entitled action.  The images on the hard drive and storage

media shall not be viewed by any other person.

3.   A private room will be provided for the defense examination.   No government agents will be inside the room during the examination.

4.   The expert will be permitted to bring whatever equipment, books, or records he believes may be necessary to conduct the examination.

5.   Neither the defense expert nor defense attorney nor the defense paralegal shall remove the hard drive or other storage media from the confines of the law enforcement office.

6.   With the exception of materials which would be considered child pornography under federal law (including visual depictions and data capable of conversion into a visual depiction), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered.   The expert will certify in writing (using the attached certification), that he has taken no materials which would be considered child pornography, or data capable of being converted into child pornography, (under federal law) and that he has not caused any child pornography to be sent from the law enforcement premises by any means including by any electronic transfer of files.

7.   Except when a defense expert fails to provide this certification, no government agent, or any person connected with the government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analysis. Should a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography, government agents may then

1   inspect or examine the materials in order to ensure that prohibited
2   child pornography has not been removed.

3       8.   When the defense indicates that it is finished with its
4   review of the copy of the hard drives, the drive(s) or other
5   storage devices shall be "wiped" clean.

6       9.   Any disputes regarding the above or problems implementing
7   this order shall be brought to the attention of the Court through
8   representative counsel after first consulting opposing counsel.
9   IT IS SO ORDERED:

11  Dated: June 7, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )    No. 09-277 EJG
                                      )
11              Plaintiff,            )
                                      )
12        v.                          )
                                      )
13   DAVID LEE WILLIAM NEWMAN,        )
                                      )
14              Defendant.            )
     _____ )
15

16

17                             CERTIFICATION

18        I, _____, certify under penalty of

19   perjury that I have not copied or removed any images of child

20   pornography or data capable of being converted into images of child

21   pornography, or caused the same to be transferred electronically

22   (or by any other means) to any other location, during the course of

23   my review of the evidence in this case.

24

25   Date: _____      _____

26

27

28