1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE A. PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

JUN 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:09-CR-00277-EJG |
|---|---|
| Plaintiff, | ) [ORDER] RE: |
|  | ) APPLICATION FOR KYLE REARDON TO |
| v. | ) APPEAR RE: DAVID NEWMAN STATUS |
|  | ) CONFERENCE SET FOR JUNE 17, 2011 |
| DAVID NEWMAN | ) |
| Defendant. | ) |

   The Court hereby orders that Assistant United States Attorney Kyle Reardon appear regarding the David Newman status conference set for June 17, 2011.

   IT IS SO ORDERED.

Dated: 6/14/11

_____
HONORABLE EDWARD J. GARCIA
UNITED STATES JUDGE

1