1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE A. PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-CR-00277 EJG |
|---|---|---|
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| DAVID LEE WILLIAM NEWMAN, | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant David Lee William Newman it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant David Lee William Newman's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a) CPU Desktop Clone, no serial number, FBI Evidence item 1B33.

2. The above-listed property constitutes property which contains visual depictions produced, transported, mailed, shipped, or received, or is property used or intended to be used

1  to commit or to promote the commission of a violation of 18
2  U.S.C. § 2252A(a)(5)(B).
3       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
4  designee) shall be authorized to seize the above-listed property.
5  The aforementioned property shall be seized and held by the
6  United States, in its secure custody and control.
7       4.   a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21
8  U.S.C. § 853(n), and Local Rule 171, the United States shall
9  publish notice of the order of forfeiture.  Notice of this Order
10 and notice of the Attorney General's (or a designee's) intent to
11 dispose of the property in such manner as the Attorney General
12 may direct shall be posted for at least 30 consecutive days on
13 the official internet government forfeiture site
14 www.forfeiture.gov.  The United States may also, to the extent
15 practicable, provide direct written notice to any person known to
16 have alleged an interest in the property that is the subject of
17 the order of forfeiture as a substitute for published notice as
18 to those persons so notified.
19          b.  This notice shall state that any person, other than
20 the defendant, asserting a legal interest in the above-listed
21 property, must file a petition with the Court within sixty (60)
22 days from the first day of publication of the Notice of
23 Forfeiture posted on the official government forfeiture site, or
24 within thirty (30) days from receipt of direct written notice,
25 whichever is earlier.
26      5.   If a petition is timely filed, upon adjudication of all
27 third-party interests, if any, this Court will enter a Final
28 Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all

interests will be addressed.

SO ORDERED this  29th   day of February          , 2012.

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge