```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
DAVID LEE WILLIAM NEWMAN
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-277 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND CONTINUING |
| ) | JUDGMENT AND SENTENCING TO JUNE |
| v. ) | 22, 2012, AT 10:00 A.M. |
| ) | |
| DAVID LEE WILLIAM NEWMAN, ) | Date:  June 8, 2012 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties that the Judgment and Sentencing hearing date of June 8, 2012, at 10:00 a.m., be vacated and reset for June 22, 2012, at 10:00 a.m.  Defense counsel needs more time to gather character references for Mr. Newman, and to complete a sentencing memorandum in mitigation.  All parties are in agreement to continue the Judgment and Sentencing hearing for defendant.

/ / /

/ / /

STIPULATION AND [PROPOSED ORDER]            1                              09-277 EJG

```
1  Dated: May 29, 2012              Respectfully submitted,

2                                   DANIEL BRODERICK
                                    Federal Defender
3
                                    /s/ M.Petrik
4                                   _____
                                    MICHAEL PETRIK, Jr.
5                                   Assistant Federal Defender

6
   Dated: May 29, 2012              BENJAMIN B. WAGNER
7                                   United States Attorney

8                                   /s/ M.Petrik for Michelle A. Prince
                                    _____
9                                   MICHELLE A. PRINCE
                                    Assistant U.S. Attorney
10
```

**ORDER**

**IT IS SO ORDERED.**

DATED: May 29, 2012

/s/ Edward J. Garcia
_____
HON. EDWARD J. GARCIA
United States District Judge