1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   DAVID LEE WILLIAM NEWMAN
7

8

9                   UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. 09-277 EJG
                                   )
13                 Plaintiff,      )  STIPULATION AND ORDER CONTINUING
                                   )  JUDGMENT AND SENTENCING TO JUNE
14       v.                        )  29, 2012, AT 10:00 A.M.
                                   )
15  DAVID LEE WILLIAM NEWMAN,      )  Date:   June 22, 2012
                                   )  Time:   10:00 a.m.
16                 Defendant.      )  Judge:  Hon. Edward J. Garcia
    _____)
17

18
         IT IS HEREBY STIPULATED by the parties that the Judgment and
19
    Sentencing hearing date of June 22, 2012, at 10:00 a.m., be vacated and
20
    reset for June 29, 2012, at 10:00 a.m.  Defense counsel needs more time
21
    to complete a sentencing memorandum in mitigation.  All parties are in
22
    agreement to continue the Judgment and Sentencing hearing for
23
    defendant.
24
    / / /
25
    / / /
26

27

28  STIPULATION AND [PROPOSED ORDER]        1                    09-277 EJG

1   Dated: June 18, 2012                    Respectfully submitted,

2                                           DANIEL BRODERICK
                                            Federal Defender
3
                                            /s/ M.Petrik
4                                           _____
                                            MICHAEL PETRIK, Jr.
5                                           Assistant Federal Defender

6
   Dated: June 18, 2012                     BENJAMIN B. WAGNER
7                                           United States Attorney

8                                           /s/ M.Petrik for Michelle A. Prince
                                            _____
9                                           MICHELLE A. PRINCE
                                            Assistant U.S. Attorney
10

11

12                                          **ORDER**

13          **IT IS SO ORDERED.**

14

15
   DATED: June 18, 2012                     /s/ Edward J. Garcia
16                                          _____
                                            HON. EDWARD J. GARCIA
17                                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED ORDER]        2                    09-277 EJG